# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 00-CR-30142-WDS |
| KEVIN A. WREN, ) | |
| Defendant. ) | |

## ORDER

Defendant Kevin A. Wren has filed a motion for a retroactive reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 54). The Court appointed the Federal Public Defender to this case, and counsel filed a motion to withdraw on the grounds that the defendant has completed his sentence and therefore is not entitled to the relief he seeks in his motion (Doc. 58). The motion to withdraw notes that the defendant is serving a term of imprisonment of 48 months based upon the revocation of his supervised release (See also, Amended Judgment and Commitment Order at Doc. 53).

Upon review of the record, the Court **FINDS** that the defendant is not entitled to relief under any of the applicable Amendments to the Sentencing Guidelines as he has completed his term of imprisonment. Accordingly, the Court **DENIES** his motion for retroactive application as moot (Doc. 54). The motion to withdraw as counsel is **GRANTED** (Doc. 58).

**IT IS SO ORDERED.**

**DATE: 05 October, 2012**

                s/ WILLIAM D. STIEHL
                **DISTRICT JUDGE**